OSCAR BOHANNON, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Decision Filed July 14, 1923.

A Writ of Error to the Circuit Court for Santa Rosa County; A. G. Campbell, Judge.

*W. W. Clark*, for Plaintiff in Error;

*Rivers Buford*, Attorney General, and *M. C. McIntosh*, Assistant, for the State.

PER CURIAM.—This cause having heretofore been sub-mited to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the

Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, ELLIS, WEST AND TERRELL, J. J., concur.

TAYLOR, C. J., dissents.